**UNPUBLISHED**

UNITED STATES COURT OF APPEALS
FOR THE FOURTH CIRCUIT

―――――――――

**No. 14-6953**

―――――――――

UNITED STATES OF AMERICA,

             Plaintiff - Appellee,

      v.

PAUL BERNARD MITCHELL, JR.,

             Defendant - Appellant.

―――――――――

Appeal from the United States District Court for the Eastern District of North Carolina, at Raleigh.   Malcolm J. Howard, Senior District Judge.   (5:09-cr-00382-H-1)

―――――――――

Submitted:  August 21, 2014          Decided:  August 26, 2014

―――――――――

Before SHEDD, AGEE, and KEENAN, Circuit Judges.

―――――――――

Affirmed by unpublished per curiam opinion.

―――――――――

Paul Bernard Mitchell, Jr., Appellant Pro Se.  J. Frank Bradsher, Timothy Severo, Seth Morgan Wood, OFFICE OF THE UNITED STATES ATTORNEY, Raleigh, North Carolina, for Appellee.

―――――――――

Unpublished opinions are not binding precedent in this circuit.

PER CURIAM:

Paul Bernard Mitchell, Jr., appeals the district court's order denying his 18 U.S.C. § 3582(c)(2) (2012) motion for a sentence reduction. We have reviewed the record and find no reversible error. Accordingly, we affirm the district court's order. United States v. Mitchell, No. 5:09-cr-00382-H-1 (E.D.N.C. June 5, 2014). We dispense with oral argument because the facts and legal contentions are adequately presented in the materials before the court and argument would not aid the decisional process.

AFFIRMED